UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN BUSHANSKY,<br><br>    Plaintiff,<br><br>vs.<br><br>WPX ENERGY, INC., JOHN A. CARRIG, CLAY M. GASPAR, ROBERT K. HERDMAN, KELT KINDICK, KARL F. KURZ, KIMBERLY S. LUBEL, RICHARD E. MUNCRIEF, D. MARTIN PHILLIPS, DOUGLAS E. SWANSON, JR., and VALERIE M. WILLIAMS,<br><br>    Defendants. | Case No. 1:20-cv-09873<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Stephen Bushansky ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: January 20, 2021

                                          **WEISSLAW LLP**

                                          By _____
                                               Richard A. Acocelli
                                               1500 Broadway, 16th Floor
                                               New York, New York 10036
                                               Telephone: (212) 682-3025
                                               Facsimile: (212) 682-3010
                                               Email: racocelli@weisslawllp.com

                                               *Attorneys for Plaintiff*